Smukler *v.* Rogers Realty Company, Appellant.

Argued January 20, 1943. Before MAXEY, C. J.; DREW, LINN, STERN, PATTERSON and PARKER, JJ.

524

526

527

*Ira Jewell Williams,* with him *William H. Peace* and *Ira Jewell Williams, Jr.,* for appellant.

*Sylvan H. Hirsch,* with him *Robert John Brecker* and *Arthur M. Cooper,* for appellee.

PER CURIAM, March 22, 1943:

The order is affirmed on the opinion of Judge ALESSANDRONI of the court below. Costs of this appeal to be paid by appellant.